IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A.C. PAVING, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 04-05386 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

The Court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation re Plaintiff's Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED and Plaintiffs are awarded $1,868.32 in damages and $5,085.12 in attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 14, 2005　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE