1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    TRUSTEES ON BEHALF OF TEAMSTERS
     BENEFIT TRUST,                                    No. C 04-05386 JSW
10
                   Plaintiff,
11
        v.                                             **JUDGMENT**
12
     A.C. PAVING, INC.,
13
                   Defendant.
14   _____/

15

16          It is hereby ORDERED AND ADJUDGED that default judgment is entered and the

17   action is dismissed with prejudice.  The Clerk is directed to enter judgment in favor of Plaintiff

18   and against Defendant in the amount of $6,953.44.

19          **IT IS SO ORDERED.**

20

21   Dated: July 14, 2005                              ___/s/ Jeffrey S. White_____
                                                       JEFFREY S. WHITE
22                                                     UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California